IN HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No: 7:11-CR-00117-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| BRENDON EVAN HOLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Defendant to waive the $8.50 cost for a copy of the sentencing transcript in this matter due to Defendant's inability to pay. [DE-70]. Defendant's request is ALLOWED and the Clerk of Court is DIRECTED to mail Defendant a copy of the court's sentencing transcript in this matter. Defendant also seeks the return of a document, page four of the Statement of Reasons, which he submitted to the clerk's office for certification as a true copy. [DE-69-2]. This document is not part of the record in this matter and is not maintained on the court's docket, but rather is maintained by the United States Probation Office for the Eastern District of North Carolina. Accordingly, the request for certification is DENIED, and the Clerk of Court is DIRECTED to return the document to Defendant.

SO ORDERED, this 25 day of June 2015.

Robert B. Jones, Jr.
United States Magistrate Judge