IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:11-CR-00117-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRENDON EVAN HOLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter of July 20, 2015, in which he requests the court seal his June 4, 2012 sentencing transcript [DE-54] out of concern for his safety. [DE-72]. Defendant has cited no specific threats of harm, only a generalized concern for his safety. The transcript has been publicly available for three years and, pursuant to the court's Amended Standing Order 09-SO-02, sensitive documents such as plea agreements and substantial assistance motions are filed and maintained under seal for a period of only two years, after which they are available for public inspection. Accordingly, the court finds no good cause to seal the sentencing transcript and the request is DENIED.

SO ORDERED, the 2**8** day of July 2015.

Robert B. Jones, Jr.
United States Magistrate Judge